# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mustaf Sheikh

Plaintiff

v.

Independent School District 535

Defendants

Case No. Civil 00-1896 DWF/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's motion for summary judgment is granted. Plaintiff's complaint is dismissed with prejudice.

DATE: October 18, 2001

RICHARD D. SLETTEN, CLERK

______________________________
Victoria Moralez, Deputy Clerk